[Nos. 63761-4-I; 63762-2-I;   Division One.   December 20, 2010.]
63763-1-I; 63462-3-I.

*In the Matter of the Estate of* WILLIAM ROSS TAYLOR.

*Reversed* and *remanded* by unpublished opinion per Ellington, J., concurred in by Becker and Lau, JJ.

[No. 64018-6-I.   Division One.   December 20, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH WAKARUGI THURURA, *Appellant*.

*Dismissed* by unpublished per curiam opinion.

[No. 64117-4-I.   Division One.   December 20, 2010.]

LINDA SEVEN, *Appellant*, v. STOEL RIVES, LLP, ET AL., *Respondents*.

*Affirmed* by unpublished opinion per Cox, J., concurred in by Appelwick and Lau, JJ.

[No. 64122-1-I.   Division One.   December 20, 2010.]

WILLIAM B. THOMPSON ET AL., *Appellants*, v. KRIS SMITH ET AL., *Respondents*.

*Reversed* and *remanded* by unpublished opinion per Spearman, J., concurred in by Leach, A.C.J., and Lau, J.